# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | EP-20-CR-00389-DCG |
| | § | |
| PATRICK WOOD CRUSIUS, | § | <u>SEALED</u> |
| | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the above-captioned cause is set for a **CLOSED**

**HEARING** via Zoom video conference on **Friday, June 11, 2021, at 8:45 a.m. MDT.**

So ORDERED and SIGNED this 9th day of June 2021.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**