RECEIVED

NOV 22 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § |
| | §   No. 3:20-CR-00389 |
| PATRICK WOOD CRUSIUS, | §   (The Honorable David C. Guaderrama) |
| | § |
| Defendant. | § |

**PROPOSED ORDER**

Upon consideration of the Motion for Leave to file El Paso Matters' Motion to Intervene and Unseal Records, any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. El Paso Matters' Motion for Leave is **GRANTED**;

2. El Paso Matters is permitted to file its Motion to Intervene and Unseal Records that is attached to the Motion for Leave as Exhibit A.

**SO ORDERED.**

                                                                                          _____
                                                                                          Hon. David C. Guaderrama
                                                                                          United States District Judge

1