

# Office of the City Attorney

FILED
2025 JUL 10 PM 12: 11
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**MAYOR**
Renard U. Johnson

July 10, 2025

**CITY COUNCIL**

**District 1**
Alejandra Chávez

**District 2**
Dr. Josh Acevedo

**District 3**
Deanna M. Rocha

**District 4**
Cynthia Boyar Trejo

**District 5**
Ivan Niño

**District 6**
Art Fierro

**District 7**
Lily Limón

**District 8**
Chris Canales

**CITY MANAGER**
Dionne Mack

**Honorable David Guaderrama**
U.S. District Clerk's Office
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

*Re: United States of America v. Patrick Wood Crusius; In the United States Western District Court of Texas, El Paso Division; Cause No.: EP-20-CR-00389-DCG.*

Honorable David Guaderrama:

I am writing to you in relation to multiple requests for records under the Texas Public Information Act ("TPIA") that the city has received, and in all probability will continue to receive, regarding the Wal-Mart August 3, 2019 mass shooting. Many of the requestors cite the convictions of Patrick Crusius in both the federal and state courts as the basis for their open records requests. The requests ask for varying types of records, including requests for the complete file, photographs, witness statements, and surveillance videos from various locations. To date, the city has not released any of the requested information.

Recently, the City Attorney's Office has been made aware of existing Orders (possibly both verbal and written) issued in this criminal proceeding. It is our understanding that these Orders would potentially prevent the city from releasing records on this matter. We assure the Court that the city intends to comply with the Court's Orders as permitted by the TPIA.

To comply with the Court's Orders, the city respectfully requests that it be notified of any upcoming hearings in the above-refenced matter so that it may be present at those hearings. Please be aware that pursuant the TPIA the City Attorney's

**Karla Nieman- City Attorney**
300 N. Campbell, Second Floor | El Paso, Texas 79901 | (915) 212-0033 | elpasotexas.gov



DELIVERING EXCEPTIONAL SERVICES



# Office of the City Attorney

**MAYOR**
Renard U. Johnson

**CITY COUNCIL**

District 1
Alejandra Chávez

District 2
Dr. Josh Acevedo

District 3
Deanna M. Rocha

District 4
Cynthia Boyar Trejo

District 5
Ivan Niño

District 6
Art Fierro

District 7
Lily Limón

District 8
Chris Canales

**CITY MANAGER**
Dionne Mack

Office must communicate the status of this case and any such Orders to the Office of the Attorney General as soon as possible. If we are unable to demonstrate to the Office of the Attorney General the contents of these Orders and the status of the case the City's ability to comply with the Court's orders will be severely impacted by operation of the TPIA.

*Sergio M. Estrada*
Deputy City Attorney
300 N. Campbell
El Paso, Texas 79901
Office: (915) 212-0033
Direct: (915) 212-1131
Fax: (915) 212-0034
SBN: 24080886
estradasm@elpasotexas.gov



**Karla Nieman- City Attorney**
300 N. Campbell, Second Floor | El Paso, Texas 79901 | (915) 212-0033 | elpasotexas.gov

DELIVERING EXCEPTIONAL SERVICES