UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | |
| | § | EP-20-CR-00389-DCG |
| PATRICK WOOD CRUSIUS, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER REGARDING CERTAIN SEALED DOCKET ENTRIES

In compliance with the Court's prior Order,[1] Defense Counsel have filed a list of docket entries to which they have no objection to unsealing.[2]

Some of the documents that Defense Counsel have included in their list "were filed *ex parte*"—which means "that the Government has no idea what those documents contain."[3]  Thus, as the Court stated in its prior Order, "the Court will give the Government" copies of all "*ex parte* filings on Defense Counsel's list" "before unsealing any filings" on that list.[4]  "The Court will then give the Government time to review all the *ex parte* and non-*ex parte* documents on Defense Counsel's list and determine whether the prosecution has any objections of its own."[5]

---

[1] *See generally* Order, ECF No. 329.

[2] *See* Def.'s List, ECF No. 330, at 4–5.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[3] Order at 4.

[4] *Id.*

[5] *Id.*

- 1 -

Accordingly, the Clerk of Court **SHALL PROVIDE COPIES** of the following *ex parte* and/or highly-sensitive docket entries to the Government:

- ECF No. 14 (*Ex Parte*);
- ECF No. 25 (*Ex Parte*);
- ECF Nos. 29-35 (*Ex Parte*);
- ECF Nos. 45-46 (*Ex Parte*);
- ECF Nos. 51-53 (*Ex Parte*);
- ECF No. 57 (*Ex Parte*);
- ECF No. 63 (*Ex Parte*);
- ECF No. 75 (*Ex Parte*);
- ECF No. 98 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 102 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 109 (Highly Sensitive Document);
- ECF No. 113 (Highly Sensitive Document);
- ECF No. 120 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 124 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 132 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 138 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 141 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 149 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 154 (*Ex Parte*; Highly Sensitive Document);
- ECF No. 169 (*Ex Parte*);
- ECF No. 175 (*Ex Parte*);

- ECF Nos. 189-191 (*Ex Parte*);
- ECF Nos. 192-194 (*Ex Parte*);
- ECF Nos. 202-203 (*Ex Parte*);
- ECF Nos. 209-212 (*Ex Parte*); and
- ECF No. 230 (*Ex Parte*).

The Government **SHALL** then **REVIEW** the documents listed above, as well as the non-*ex parte* sealed filings identified in the following bulleted list:

- ECF No. 170;
- ECF No. 184;
- ECF Nos. 244 & 244-1;
- ECF No. 245;
- ECF Nos. 250 & 250-1;
- ECF No. 251;
- ECF No. 253;
- ECF No. 260, Pages 7-10; and
- ECF No. 282.

The Government **SHALL** then **INFORM** the Court by **October 20, 2025** whether the prosecution has any objections to unsealing any of the documents identified in the two bulleted lists above.

Additionally, in light of Defense Counsel's non-opposition to unsealing the documents that the Government has moved to unseal,[6] the Court **GRANTS** the Government's "Motion to Unseal" (ECF No. 308). The Court thereby **UNSEALS** the following docket entries:

- ECF No. 73, **BUT NOT** the unredacted documents at ECF Nos. 73-1, 73-2, 73-3, or 73-4;

- ECF Nos. 233-235; and

- ECF Nos. 246-249.

The **UNREDACTED** documents at ECF Nos. 72-1 through 72-4 and ECF Nos. 73-1 through 73-4 **SHALL REMAIN UNDER SEAL**.

The Clerk of Court **SHALL POST** the **REDACTED** versions of those documents, which are located at ECF Nos. 308-1, 308-2, 308-3, and 308-4, **ON THE PUBLIC DOCKET**.

The Court will consider whether it is proper to unseal additional docket entries once the Court receives the Government's response to this Order.

**So ORDERED and SIGNED this 18th day of September 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[6] *Compare* Def.'s List at 5, *with* Gov't's Proposed Order, ECF No. 308, at 6.